# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Steven Richard Aleckna, | : | Case No. 5:12-03367-MJC |
| Jaime Sue Aleckna, | : | |
| | : | |
| Debtors. | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| California Coast University, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding |
| | : | No. 5:12-00247-MJC |
| v. | : | |
| | : | |
| Jaime Sue Aleckna, | : | |
| | : | |
| Defendant. | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER SCHEDULING STATUS CONFERENCE

**AND NOW**, it is hereby **ORDERED** that a status conference is **SCHEDULED** for **Tuesday, June 27, 2023 at 10:00 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 25, 2023