Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

Statement as of 9/15/2023

## SPECIFIC LINE ITEM OBJECTIONS TO STATEMENT BY CALIFORNIA COAST UNIVERSITY

Jaime Aleckna
1772 The Hideout
Lake Ariel, PA 18436

### Itemized Listing of Services

| Date | Description | Rate | Hours | Amount | Discount |
|---|---|---|---|---|---|
| 01/26/2016 | Finalize bill. **Obj. Adm. & excessive** | BF 350.00 | 1.70 | 595.00 | 0.00 |
| 01/28/2016 | Electronically file statement of fees and costs. **Obj. Adm. & excessive** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 01/29/2016 | Receive and review Notice of Appeal of Order **Obj.. excessive** | CS 415.00 | 0.10 | 41.50 | -41.50 |
| 01/29/2016 | Draft email to opposing counsel regarding appeal. **Obj. excessive** | CS 415.00 | 0.10 | 41.50 | 0.00 |
| 01/29/2016 | Receive, review, and respond to email from BF regarding strategy for coordinating fee petition with appellant. **Obj. excessive** | CS 415.00 | 0.10 | 41.50 | 0.00 |
| 01/29/2016 | Receive and review notice of appeal. **Obj. Excessive and administrative** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 01/29/2016 | Receive and review case opening ECF in District Court. **Obj. Excessive and administrative** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 01/29/2016 | Review FRBP re: record designation. **Obj. Excessive and administrative** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 01/29/2016 | Receive, review, and respond to email from CS regarding fee proposal. **Obj. Excessive and administrative** | BF 350.00 | 0.10 | 35.00 | -35.00 |
| 01/29/2016 | Receive, review, and respond to second email from CS regarding fee proposal. **Obj. Excessive and administrative** | BF 350.00 | 0.10 | 35.00 | -35.00 |
| 01/29/2016 | Receive, review, and respond to email from CS. We won't make the fee proposal. **Obj. Excessive and administrative** | BF 350.00 | 0.10 | 35.00 | -35.00 |
| 02/01/2016 | Receive and review letter from Judge Mariani regarding procedures for the case. **Obj. Excessive and administrative** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 02/03/2016 | Call from Sheils regarding dropping off diploma and transcripts. **Obj. Excessive** | CS 415.00 | 0.10 | 41.50 | 0.00 |
| 02/12/2016 | Receive and review objection and brief. **Obj. Excessive** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 02/12/2016 | Phone call to opposing counsel regarding negotiating issues before hearing is scheduled. **Obj. Excessive** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 02/12/2016 | Receive and review order scheduling a hearing. **Obj. Excessive** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 02/17/2016 | Phone call with opposing counsel regarding hearing continuance due to scheduling conflict. **Obj. Excessive** | BF 350.00 | 0.10 | 35.00 | 0.00 |
| 02/22/2016 | Phone call with opposing counsel regarding continuance. **Obj. Excessive** | BF 350.00 | 0.10 | 35.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 02/23/2016 | Phone call with opposing counsel. Left message with secretary. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 02/23/2016 | Draft motion to continue hearing. **Obj. Excessive** | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 02/23/2016 | Receive, review, and respond to email from opposing counsel. **Obj. Excessive** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 02/23/2016 | Call with BF & opposing counsel. **Obj. Excessive** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/23/2016 | Receive and review email from opposing counsel concurring with motion for expedited consideration. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/23/2016 | Phone call from opposing counsel advising that they concur with the motion for expedited consideration. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/23/2016 | Draft motion for expedited consideration. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/24/2016 | Finalize motion for expedited consideration. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/24/2016 | File motion to continue hearing. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 02/24/2016 | Draft email to opposing counsel attaching motion for expedited consideration. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/24/2016 | Draft email to chambers regarding motion for expedited consideration. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/24/2016 | Receive and review order granting Motion to Continue. **Obj. Excessive and administrative** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/24/2016 | Receive and review order granting Motion to Continue. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/24/2016 | Strategize with BF regarding brief. **Obj. Excessive and redundant** | CS | 415.00 | 1.90 | 788.50 | 0.00 |
| 02/24/2016 | Draft email to opposing counsel regarding the status conference. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/24/2016 | Strategize with CS regarding reply brief. **Obj. Excessive and redundant** | BF | 350.00 | 1.90 | 665.00 | 0.00 |
| 02/24/2016 | Phone call to Sheils re: staying the fee determination. Left message. . **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 02/25/2016 | Conference with BF. . **Obj. Excessive, vague and redundant** | CS | 415.00 | 0.90 | 373.50 | 0.00 |
| 02/25/2016 | Receive and review Motion to Appear pro hac vice. **Obj. Excessive and administrative** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/25/2016 | Modifications to brief with BF. **Obj. Excessive and redundant** | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 02/25/2016 | Conference with CS. **Obj. Excessive and redundant** | BF | 350.00 | 0.90 | 315.00 | 0.00 |
| 02/25/2016 | Modifications to brief with CS. **Obj. Excessive and redundant** | BF | 350.00 | 0.80 | 280.00 | 0.00 |
| 02/26/2016 | Receive and review objection filed by Sheils. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/26/2016 | Conference with CS regarding CCU's objection. **Obj. Excessive and redundant** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 02/26/2016 | Modify and finalize response to CCU's objection. **Obj. Excessive and redundant** | BF | 350.00 | 0.10 | 35.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 02/26/2016 | Electronically file response. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 02/26/2016 | Initial draft of letter to court responding to CCU's objection to our request to stay proceedings. **Obj. Excessive** | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 02/26/2016 | Receive and review order rescheduling the status conference and generally extending all deadlines. **Obj. Excessive and administrative** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/26/2016 | Client meeting. **Obj. Excessive and vague** | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 02/26/2016 | Receive and review Objection to and Response to February 25, 2016 Correspondence from Counsel for Jaime Sue Aleckna. **Obj. Excessive and administrative** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/26/2016 | Receive and review order granting Motion To Appear pro hac vice. **Obj. Excessive and administrative** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/26/2016 | Receive and review special admissions form approved as to Jeffrey J. Daar. **Obj. Excessive and administrative** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/26/2016 | Receive and review order that all proceedings concerning the adversary are stayed. **Obj. Excessive** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/26/2016 | Conference with BF regarding CCU's objection. **Obj. Excessive and redundant** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 03/01/2016 | Review docket of appeal. **Obj. Late & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 03/01/2016 | Research whether untimely brief is a jurisdictional defect that would support a motion to strike/dismiss appeal. **Obj. Late Excessive & no entitlement** | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 03/07/2016 | Receive and review transmittal of record and establishment of briefing schedule. Calendar critical deadlines. **Obj. Late & no entitlement** | BF | 350.00 | 0.40 | 140.00 | -140.00 |
| 03/14/2016 | Receive and review exhibits from bankruptcy record. Conference with BF regarding same. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/14/2016 | Conference with CS regarding exhibits from bankruptcy record. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/30/2016 | Return opposing counsel's phone call. Left message with secretary. **Obj. Late, Administrative & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 03/30/2016 | Phone call from opposing counsel requesting extension. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/30/2016 | Draft email to CS regarding the extension request. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/30/2016 | Receive, review, and respond to email from BF regarding opposing counsel's extension request. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/31/2016 | Receive, review, and respond to email from opposing counsel regarding the request for an extension of time. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/20/2016 | Receive and review email from BF regarding opposing counsel's additional extension request. Conference with BF regarding the same. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 04/20/2016 | Phone call from opposing counsel. He requested another extension. Email to CS. **Obj. Late, Admin., Excessive & no entitlement** | BF | 350.00 | 0.30 | 105.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Paid |
|---|---|---|---|---|---|---|
| 04/20/2016 | Conference with CS regarding the extension request. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/20/2016 | Draft email to opposing counsel regarding his request for an extension of time. **Obj. Late & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 04/20/2016 | Receive and review email from BF regarding reasons for extension. Conference with BF. **Obj. Late & Excessive & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 04/20/2016 | Receive, review, and respond to email from opposing counsel regarding his extension request. **Obj. Late & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 04/20/2016 | Receive and review Motion for Extension of Time to File Appellant's Brief with Expedited Consideration. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/20/2016 | Receive and review brief regarding extension filed by CCU. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/20/2016 | Conference with CS regarding reasons for extension request. **Obj. Late & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 04/21/2016 | Receive and review email from BF regarding response to motion of time for extension. Conference with BF regarding same. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 04/21/2016 | Receive and review motion for extension of time. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/21/2016 | Receive and review brief in support of motion for extension of time. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/21/2016 | Draft brief opposing motion for extension of time. **Obj. Late, excessive & no entitlement** | BF | 350.00 | 1.20 | 420.00 | 0.00 |
| 04/21/2016 | Conference with CS regarding response to motion of time for extension. **Obj. Late & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 04/25/2016 | Receive and review order granting Appellant's Motion to Extend Time. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/13/2016 | Receive and review Appellant's brief. **Obj. Late & Excessive & no entitlement** | BF | 350.00 | 2.30 | 805.00 | 0.00 |
| 05/13/2016 | Review trial transcript. Draft notes regarding response to brief. **Obj. Late. Excessive & no entitlement** | BF | 350.00 | 1.30 | 455.00 | 0.00 |
| 05/16/2016 | Continue research and drafting outline. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 2.00 | 700.00 | 0.00 |
| 05/16/2016 | Conference with BF regarding strategy. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 05/16/2016 | Conference with CS regarding strategy. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 05/17/2016 | Continue researching and drafting outline. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 5.10 | 1,785.00 | 0.00 |
| 05/18/2016 | Conference with BF regarding reply brief. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 05/18/2016 | Conference with CS regarding reply brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 05/19/2016 | Receive, review, and respond to email from BF regarding the brief. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/20/2016 | Conference with CS regarding brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 1.70 | 595.00 | 0.00 |
| 05/20/2016 | Work on brief with BF. **Obj. Late, Excessive, & no** | CS | 415.00 | 1.70 | 705.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|
| | entitlement | | | | | |
| 05/20/2016 | Request audio CD from Trish Ratchford via phone call. Draft letter and request check from SMD. **Obj. Late, & no entitlement** | MEP | 150.00 | 0.30 | 45.00 | 0.00 |
| 05/20/2016 | Research re: whether issues are waived for bankruptcy appeal purposes if not raised before the bankruptcy court. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.80 | 280.00 | 0.00 |
| 05/20/2016 | Review and sign letter to Trish Ratchford requesting CD. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/23/2016 | Conference with CS regarding brief. **Obj. Late & Excessive & no entitlement** | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 05/23/2016 | Conference with BF regarding brief. **Obj. Late & Excessive & no entitlement** | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 05/24/2016 | Begin drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 6.30 | 2,205.00 | 0.00 |
| 05/25/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 4.50 | 1,575.00 | 0.00 |
| 05/26/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 3.80 | 1,330.00 | 0.00 |
| 05/27/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 5.40 | 1,890.00 | 0.00 |
| 05/31/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 4.20 | 1,470.00 | 0.00 |
| 05/31/2016 | Draft letter to the Court. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 05/31/2016 | Electronically file letter to court. **Obj. Late, Administrative & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/31/2016 | Draft email to opposing counsel providing a copy of the letter that was filed with the court. **Obj. Late Administrative & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/31/2016 | Receive, review, and respond to email from Daar regarding the documents we want to include in the record. **Obj. Late & no entitlement** | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 05/31/2016 | Receive, review, and respond to email from Daar asking me to withdraw my letter to the Court. I offered to participate in a conference call. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 06/01/2016 | Receive, review, and respond to email from opposing counsel agreeing to our request to supplement the record. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 06/01/2016 | Draft stipulation supplementing the record. **Obj. Late & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 06/01/2016 | Receive, review, and respond to email from opposing counsel providing consent for me to file the stipulation. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 06/01/2016 | Electronically file the stipulation. **Obj. Late & Admins. & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 06/01/2016 | Email to BF regarding footnote. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/01/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 06/01/2016 | Prepare for status conference. **Obj. Late & no** | CS | 415.00 | 0.70 | 290.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|
| | entitlement | | | | | |
| 06/02/2016 | Travel time to Status Conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 06/02/2016 | Attend status conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 06/02/2016 | Travel time from status conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 06/02/2016 | Receive and review Proceeding Memo regarding status conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/02/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 06/02/2016 | Compile supplemental appendix. Draft email to opposing counsel regarding appendix. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 06/03/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.90 | 315.00 | 0.00 |
| 06/06/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 3.50 | 1,225.00 | 0.00 |
| 06/07/2016 | Continue drafting brief. **Obj. Late & Excessive & no entitlement** | BF | 350.00 | 1.40 | 490.00 | 0.00 |
| 06/08/2016 | Finalize appendix and draft table of contents. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.90 | 315.00 | 0.00 |
| 06/08/2016 | Work on reply brief with BF. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 5.50 | 2,282.50 | 0.00 |
| 06/08/2016 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 6.10 | 2,135.00 | 0.00 |
| 06/10/2016 | Continue drafting brief. **Obj. Late & Excessive & no entitlement** | BF | 350.00 | 3.60 | 1,260.00 | 0.00 |
| 06/13/2016 | Work on brief with BF. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 3.20 | 1,328.00 | 0.00 |
| 06/13/2016 | Continue drafting brief with CS. **Obj. Late & Excessive** | BF | 350.00 | 4.70 | 1,645.00 | 0.00 |
| 06/13/2016 | Continue drafting brief. **Obj. Late, Excessive, no entitlement & no entitlement** | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 06/14/2016 | Work on brief with BF. **Obj. Late, Excessive, no entitlement & no entitlement** | CS | 415.00 | 3.10 | 1,286.50 | 0.00 |
| 06/14/2016 | Finalize brief. **Obj. Late, Excessive, no entitlement & no entitlement** | BF | 350.00 | 3.30 | 1,155.00 | 0.00 |
| 06/14/2016 | Electronically file brief and appendix. **Obj. Late, Administrative, & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 06/28/2016 | Receive and review Appellant's reply brief. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/28/2016 | Receive and review Motion for Hearing filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/29/2016 | Receive and review Coast's reply brief. **Obj. Late & no entitlement** | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 06/29/2016 | Receive, review, and respond to email from BF regarding appellant's brief. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/06/2016 | Receive and review order granting scheduling of oral argument on this appeal. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 07/07/2016 | Email to client regarding the oral argument scheduled in this case. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/07/2016 | Receive and review email from client regarding the oral argument. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/29/2016 | Receive and review order canceling oral argument & advising that it will be rescheduled at a later date. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/29/2016 | Email to client regarding the cancellation of the oral argument. **Obj. Late, administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/29/2016 | Receive and review email from client acknowledging that the oral argument has been canceled & will be rescheduled at a later date. **Obj. Late, administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/06/2016 | Receive, review, and respond to email from BF regarding Garn opinion. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/27/2016 | Call to chambers regarding oral argument scheduling. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/21/2016 | Review and sign letter to client regarding rate change. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/13/2017 | Prepare certificate regarding oral argument. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/16/2017 | Email to client with certificate filed on docket last week. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/28/2017 | Receive and review ECF assigning case to new judge. Update general bankruptcy and litigation tabs. **Obj. Late and Administrative & no entitlement** | MEP | 150.00 | 0.10 | 15.00 | -15.00 |
| 03/24/2017 | Receive, review, and respond to email from BF regarding status conference concerning fee application. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/05/2017 | Receive, review, and respond to email from BF regarding case strategy. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/05/2017 | Receive and review email from BF. Conference with BF regarding same. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 04/05/2017 | Draft email to opposing counsel regarding lifting the stay or Defendant posting a bond. **Obj. Late, unsuccesful & no entitlement** | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 04/05/2017 | Receive, review, and respond to email from BF regarding language for email to opposing counsel. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 04/05/2017 | Receive and review email from BF regarding case strategy. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/05/2017 | Conference with CS. **Obj. Late, Vague & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 04/07/2017 | Receive and review email from opposing counsel regarding our request for deposit or bond. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/10/2017 | Receive and review email from opposing counsel regarding nonconcurrence with our proposed motions. **Obj. Late, Excessive and Unsuccessful** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/25/2017 | Receive, review, and respond to email from BF regarding supplemental authority. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 05/01/2017 | Email to client regarding notice of supplemental authority recently filed on docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/01/2017 | Receive and review email from client thanking me for sending document recently filed on docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/08/2018 | Review file and US Reports. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/13/2019 | Receive and review order assigning new judge. **Obj. Late, Excessive, Administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/05/2019 | Receive and review notice setting objection date and hearing. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/08/2019 | Receive and review BNC Certificate regarding Notice of Objection Date filed on the docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/20/2019 | Email to client with motion to lift stay recently filed on the docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/26/2019 | Receive and review Objection to Aleckna's Motion to Lift the Stay filed on the docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/29/2019 | Conference with BF regarding filing a response. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/29/2019 | Conference with CS regarding filing a response. **Obj. Late, Excessive, Unsuccessful & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/09/2019 | Email to client with objection to motion to lift stay filed on the docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/09/2019 | Discuss strategy with BF. **Obj. Late, Excessive Unsuccessful & no entitlement** | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 05/09/2019 | Discuss strategy with CS. **Obj. Late, Excessive and Unsuccessful & no entitlement** | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 05/10/2019 | Call with opposing counsel regarding scheduling conflict. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 05/10/2019 | Receive and review notice that counsel will appear telephonically at hearing filed on the docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/10/2019 | Receive and review second notice that counsel will appear telephonically at the hearing filed on the docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/13/2019 | Receive and review motion and proposed order from opposing counsel. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/13/2019 | Receive, review, and respond to email from opposing counsel regarding filing motion and proposed order to continue hearing. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/13/2019 | Receive and review motion to continue hearing and proposed order filed on the docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/14/2019 | Prepare for hearing. **Obj. Late, Excessive Unsuccessful, & no entitlement** | CS | 415.00 | 1.00 | 415.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 05/14/2019 | Attend hearing. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 1.40 | 581.00 | 0.00 |
| 05/14/2019 | Travel time to hearing. **Obj. Late, Excessive Unsuccessful & no entitlement** | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 05/14/2019 | Travel time from hearing. **Obj. Late, Excessive Unsuccessful & no entitlement** | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 05/14/2019 | Receive, review, and respond to email from Judge Mariani's deputy asking for availability for continued hearing. **Obj. Late, Excessive, Administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/14/2019 | Receive and review email from Judge Mariani's deputy thanking me for providing availability for hearing. **Obj. Late, Excessive, Administrative & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 05/14/2019 | Receive and review email from Daar regarding availability for continued hearing. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/15/2019 | Receive and review proceeding memo for hearing held 5/14/19 filed on the docket. **Obj. Late, Excessive, Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/15/2019 | Receive and review order denying motion to lift stay filed on the docket. **Obj. Late, Excessive Unsuccessful & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/15/2019 | Receive and review scheduling order filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/20/2019 | Receive, review, and respond to email from client regarding oral argument. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/28/2019 | Email to client with order regarding motion to lift stay filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/04/2019 | Conference with BF regarding impact of USCT decision in Taggart on Plaintiff's claims. Discuss content of notice of supplemental authority. **Obj. Late & no entitlement** | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 06/04/2019 | Draft letter to the Court regarding the Taggart decision from SCOTUS. **Obj. Late & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 06/04/2019 | Read Taggart amicus briefs. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 2.80 | 980.00 | 0.00 |
| 06/04/2019 | Conference with CS regarding impact of USCT decision in Taggart on Plaintiff's claims. Discuss content of notice of supplemental authority. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 06/10/2019 | Email to client with explanation of letter filed on the docket. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/11/2019 | Email to client with letter recently filed in her case. **Obj. Late & Excessive** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/26/2019 | Receive and review order regarding supplemental briefing filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/29/2019 | Research for upcoming hearing. **Obj. Late, Vague& no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 07/29/2019 | Email to client with order regarding supplemental briefing filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 07/29/2019 | Email to BF concerning 6th circuits standard regarding violation of automatic stay. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/02/2019 | Research and draft supplemental brief regarding the impact of Taggart on the instant case. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 6.30 | 2,205.00 | 0.00 |
| 08/06/2019 | Conference with BF. Discuss Taggert brief. **Obj. Late Excessive & no entitlement** | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 08/06/2019 | Work on brief with BF. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 08/06/2019 | Conference with CS. Discuss Taggart brief. **Obj. Late Excessive & no entitlement** | BF | 350.00 | 0.70 | 245.00 | 0.00 |
| 08/06/2019 | Work on brief with CS. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.40 | 140.00 | 0.00 |
| 08/09/2019 | Work on supplemental brief with BF. **Obj. Late Excessive & no entitlement** | CS | 415.00 | 1.70 | 705.50 | 0.00 |
| 08/09/2019 | Review supplemental brief from California Coast. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/09/2019 | Work on supplemental brief with CS. **Obj. Late Excessive & no entitlement** | BF | 350.00 | 1.70 | 595.00 | 0.00 |
| 08/14/2019 | Receive and review email from client regarding Tuesday's hearing. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/14/2019 | Receive and review email from client regarding calling her. **Obj. Late, administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/14/2019 | Receive and review email from client regarding disregarding previous email. **Obj. Late Administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/15/2019 | Email to client with briefs filed on the docket. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/19/2019 | Prepare for hearing. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 6.90 | 2,863.50 | 0.00 |
| 08/19/2019 | Prepare for hearing. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.90 | 373.50 | 0.00 |
| 08/19/2019 | Review record. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 1.20 | 498.00 | 0.00 |
| 08/19/2019 | Review transcript. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 08/19/2019 | Prepare binder for hearing. **Obj. Late, Excessive & no entitlement** | ASW | 150.00 | 1.70 | 255.00 | 0.00 |
| 08/19/2019 | Prepare for hearing. **Obj. Late and Excessive & no entitlement** | CS | 415.00 | 1.50 | 622.50 | 0.00 |
| 08/19/2019 | Conference with BF to discuss Stancil. **Obj. Late Excessive & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/19/2019 | Receive and review email from BF regarding automatic stay. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/19/2019 | Conference with BF regarding moot hearing. **Obj. Late Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/19/2019 | Moot hearing. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 1.00 | 415.00 | 0.00 |
| 08/19/2019 | Conference with CS to discuss Stancil **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.20 | 70.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 08/19/2019 | Conference with CS regarding moot hearing. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 08/20/2019 | Prepare for hearing. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 2.10 | 871.50 | 0.00 |
| 08/20/2019 | Call to client regarding hearing. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/20/2019 | Travel time to hearing. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/20/2019 | Attend hearing. **Obj. Late & no entitlement** | CS | 415.00 | 2.60 | 1,079.00 | 0.00 |
| 08/20/2019 | Travel time from hearing. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/28/2019 | Receive and review order terminating case filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/29/2019 | Conference with BF to discuss Aleckna opinion. **Obj. Late & no entitlement** | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 08/29/2019 | Receive and review opinion filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/29/2019 | Email to client regarding winning the appeal. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/29/2019 | Receive and review email from client regarding winning appeal. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/29/2019 | Receive, review, and respond to email from BF regarding attorney's fee gross up. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/29/2019 | Conference with CS to discuss Aleckna opinion. **Obj. Late & no entitlement** | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 09/04/2019 | Email to client with opinion and order filed on the docket. **Obj. Late, administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/04/2019 | Receive and review email from client thanking me for documents recently filed in her case. **Obj. Late, administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/11/2019 | Receive and review motion for rehearing filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/11/2019 | Conference with BF regarding motion for rehearing filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/11/2019 | Conference with CS regarding motion for rehearing filed on the docket. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 09/13/2019 | Review file for time-sensitive issues. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/16/2019 | Email to client attaching motion for rehearing filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/28/2019 | Read Third Circuit's decision in Joy Denby. Email to BF regarding the same. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 10/28/2019 | Receive, review, and respond to email from BF regarding Third Circuit opinion. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 10/28/2019 | Conference with BF regarding Joy Denby opinion. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 10/28/2019 | Conference with CS regarding Joy Denby opinion. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.40 | 140.00 | 0.00 |
| 01/02/2020 | Review file. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/07/2020 | Receive and review email from BF regarding relevant information for further appeal. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adjusted |
|---|---|---|---|---|---|---|
| | entitlement | | | | | |
| 01/15/2020 | Receive and review order denying motion for rehearing filed on the docket. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 01/17/2020 | Email to client with order denying motion for rehearing filed on the docket. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/17/2020 | Receive and review email from client thanking me for document recently filed in her case. **Obj. Late, Administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/03/2020 | Receive and review email from BF. **Obj. Late, Vague & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/11/2020 | Receive and review appeal filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 02/11/2020 | Prepare documents to send to National Consumer Bankruptcy Rights Center to see if they would be interested in assisting with the appeal. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 02/11/2020 | Conference with BF to discuss strategy for Aleckna appeal. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.40 | 166.00 | -166.00 |
| 02/11/2020 | Conference with CS to discuss strategy for Aleckna appeal. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.40 | 140.00 | -140.00 |
| 02/17/2020 | Email to client with order and notice of appeal filed in her case. **Obj. Late, Administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/27/2020 | Conference with BF regarding missed deadline and the consequences. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/27/2020 | Review reminder about Coast's deadline to file a statement of the record. Review docket. Research regarding notifications. Draft email to CS. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.30 | 105.00 | -105.00 |
| 02/27/2020 | Conference with CS regarding missed deadline and the consequences. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 02/27/2020 | Research regarding the consequence of Coast's failure to timely file a designation of the record. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.60 | 210.00 | -210.00 |
| 02/28/2020 | Receive and review docket entry regarding record available. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/28/2020 | Receive and review civil case docketed. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 03/02/2020 | Receive and review notice of filing of official transcript of oral argument filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/02/2020 | Receive and review entry of appearance of BF filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/13/2020 | Review document regarding transcript filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 03/13/2020 | Receive and review Defendant's five electronic case filings. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | Atty | Rate | Hours | Amount | Adjusted |
|---|---|---|---|---|---|---|
| 03/13/2020 | Receive and review email from BF regarding contents of appendix. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/20/2020 | Email to client with disclosure statement, civil info statement, transcript purchase order, summary of case, entry of appearance (2), and notice filed on the docket. **Obj. Late, administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/02/2020 | Draft email to Daar following up on my previous email. **Obj. Late, Vague & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 04/02/2020 | Receive and review email from Daar regarding extension and appendix contents. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/02/2020 | Receive, review, and respond to email from Daar regarding the appendix. **Obj. Late & no entitlement** | BF | 350.00 | 0.90 | 315.00 | -315.00 |
| 04/02/2020 | Receive and review docket text regarding extension. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/03/2020 | Receive, review, and respond to email from BF regarding response email to Daar. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/04/2020 | Receive and review email from Daar regarding defense focus, appendix, and stay-at-home order. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/12/2020 | Receive and review motion for extension of time filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/12/2020 | Email to BF regarding plan with regard to motion for extension of time. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/13/2020 | Receive and review motion requesting a second extension of time. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 05/13/2020 | Receive, review, and respond to email from CS regarding our proposed course of conduct regarding the second request for an extension of time. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 05/13/2020 | Draft response to Coast's motion for an extension of time. **Obj. Late & no entitlement** | BF | 350.00 | 0.60 | 210.00 | -210.00 |
| 05/13/2020 | Receive, review, and respond to email from BF regarding plan with regard to motion for extension of time. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/11/2020 | Receive and review motion seeking to extend deadline to file a brief. **Obj. Late & no entitlement** | BF | 350.00 | 0.20 | 70.00 | -70.00 |
| 06/11/2020 | Receive and review motion for extension of time filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/25/2020 | Receive and review order granting motion filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/22/2020 | Receive and review email from Daar regarding the Appendix. Review our appendix from the district court to determine if anything could be removed. **Obj. Late & no entitlement** | BF | 350.00 | 0.60 | 210.00 | -210.00 |
| 07/22/2020 | Draft email to CS regarding appendix. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 07/22/2020 | Receive and review email from CS regarding the contents of the appendix. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|
| 07/22/2020 | Draft email to Daar regarding the appendix. **Obj. Late & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 07/22/2020 | Receive and review email from Daar regarding appendix. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/22/2020 | Receive and review email from BF regarding appendix. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/22/2020 | Receive and review email from Daar regarding appendix. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/23/2020 | Receive and review email from BF regarding how Daar intends to use transcript in appendix. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/23/2020 | Receive and review email from Daar regarding transcript and appendix. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/27/2020 | Receive, review, and respond to email from Daar attaching draft of table of contents. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/27/2020 | Receive and review email from Daar regarding appendix due Friday. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/28/2020 | Receive and review email from Daar regarding appendix. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/02/2020 | Email to client with documents filed in her case. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/14/2020 | Begin drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 3.30 | 1,155.00 | -1,155.00 |
| 08/17/2020 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 1.60 | 560.00 | -560.00 |
| 08/18/2020 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 3.00 | 1,050.00 | -1,050.00 |
| 08/20/2020 | Continue drafting brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 2.70 | 945.00 | -945.00 |
| 09/03/2020 | Work on brief with BF. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 2.90 | 1,203.50 | -1,203.50 |
| 09/03/2020 | Zoom with BF regarding brief. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.30 | 124.50 | -124.50 |
| 09/03/2020 | Continue drafting brief. Meet with CS to work on brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 3.70 | 1,295.00 | -1,295.00 |
| 09/03/2020 | Meet with CS to work on brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 2.90 | 1,015.00 | -1,015.00 |
| 09/04/2020 | Meet with CS to work on brief. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 2.50 | 875.00 | -875.00 |
| 09/04/2020 | Meet with BF to work on brief. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 2.50 | 1,037.50 | -1,037.50 |
| 09/08/2020 | Continue drafting brief. **Obj. Late and Excessive & no entitlement** | BF | 350.00 | 1.40 | 490.00 | -490.00 |
| 09/09/2020 | Continue drafting brief. **Obj. Late and Excessive & no entitlement** | BF | 350.00 | 5.80 | 2,030.00 | -2,030.00 |
| 09/10/2020 | Continue drafting brief. **Obj. Late, Excessive& no entitlement** | BF | 350.00 | 3.50 | 1,225.00 | -1,225.00 |
| 09/11/2020 | Work on brief. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 2.70 | 1,120.50 | -1,120.50 |
| 09/15/2020 | Receive, review, and respond to email from client thanking me and concerning review. **Obj. Late,** | CS | 415.00 | 0.10 | 41.50 | -41.50 |

**Administrative & no entitlement**

| Date | Description | Atty | Rate | Hours | Amount | Adj. |
|---|---|---|---|---|---|---|
| 09/16/2020 | Receive and review notice of receipt of hard copy of brief filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/05/2020 | Receive and review reply brief. **Obj. Late & no entitlement** | BF | 350.00 | 0.50 | 175.00 | -175.00 |
| 10/05/2020 | Receive and review reply brief with addendum filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 10/07/2020 | Receive and review notice regarding oral argument scheduling. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/01/2020 | Oral argument prep. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 6.40 | 2,240.00 | -2,240.00 |
| 12/02/2020 | Argument prep. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 2.50 | 875.00 | -875.00 |
| 12/02/2020 | Receive and review notice of submission without argument. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 12/04/2020 | Email to client with letter concerning briefs filed in their case. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/22/2020 | Receive and review email from Twomey regarding whether court will rule in my favor. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/08/2021 | Read new SCOTUS decision on standing. Analyze whether a 28(j) letter is appropriate. Draft email to CS regarding the issue and making my recommendation. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.60 | 210.00 | -210.00 |
| 03/08/2021 | Receive and review email from CS agreeing that we will not file a Rule 28(j) letter. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 09/09/2021 | Receive and review opinion affirming judgment. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.50 | 207.50 | -207.50 |
| 09/09/2021 | Conference with BF regarding judgment. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.90 | 373.50 | -373.50 |
| 09/09/2021 | Review precedential opinion from the Third Circuit. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.40 | 140.00 | -140.00 |
| 09/09/2021 | Conference with CS regarding judgment. **Obj. Late, Excessive & no entitlement** | BF | 350.00 | 0.90 | 315.00 | -315.00 |
| 09/10/2021 | Receive, review, and respond to email from Milz regarding judgment. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/11/2021 | Email to client with opinion. **Obj. Late, Administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/11/2021 | Receive and review email from client regarding opinion. **Obj. Late, Administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/15/2021 | Receive and review order denying Petition for Panel and En Banc Rehearing. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/22/2021 | Email to client with order denying petition for rehearing filed on the docket. **Obj. Late, Administrative & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/26/2021 | Receive and review mandate of USCA filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/18/2022 | Call to Daar. Discussed procedure for moving forward. **Obj. Late & no entitlement** | CS | 415.00 | 0.30 | 124.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 02/07/2022 | Receive and review final order filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/08/2022 | Receive and review notice of change of address. **Obj. Late & no entitlement** | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 03/01/2022 | Email to Daar attaching bill and asking to schedule a conference regarding the same. **Obj. Late& no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/08/2022 | Email to Daar regarding time to discuss bill. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/10/2022 | Receive, review, and respond to email from Daar regarding reviewing the bill. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/10/2022 | Receive, review, and respond to email from Daar regarding setting up a time to discuss bill. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/14/2022 | Email to Daar regarding call concerning bill. **Obj. Late & & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/14/2022 | Receive, review, and respond to email from Daar regarding time to speak concerning bill. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/14/2022 | Receive, review, and respond to email from Daar regarding time to speak. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/29/2022 | Receive, review, and respond to email from Daar regarding call. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/31/2022 | Email to Daar regarding conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/31/2022 | Receive, review, and respond to email from Daar regarding conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/01/2022 | Receive and review email from Daar regarding invitation for conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/13/2022 | Negotiations with opposing counsel regarding bill. **Obj. Late & no entitlement** | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 04/13/2022 | Negotiations with opposing counsel regarding bill. **Obj. Late, Duplicate & no entitlement** | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 04/20/2022 | Prepare memo regarding issues raised by Daar regarding our fee request. **Obj. Late, Excessive& no entitlement** | BF | 350.00 | 1.30 | 455.00 | 0.00 |
| 04/20/2022 | Email to Daar attaching memo addressing arguments. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/20/2022 | Receive, review, and respond to email from Daar regarding reviewing memo before call. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/20/2022 | Receive, review, and respond to email from Daar regarding rescheduling conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/20/2022 | Receive, review, and respond to message from Daar regarding Monday afternoon appt. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/20/2022 | Receive, review, and respond to message from Daar regarding just having seen message. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/21/2022 | Email to Daar asking after appt. **Obj. Late & no** | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | | Rate | Hours | Amount | Adjusted |
|---|---|---|---|---|---|---|
| | entitlement | | | | | |
| 04/22/2022 | Receive, review, and respond to message from Daar regarding time to speak. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/22/2022 | Receive, review, and respond to email from Daar regarding time to speak. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/27/2022 | Receive and review email from Daar regarding calling at 2:15. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/06/2022 | Receive and review email from Daar regarding moving call. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/06/2022 | Receive and review email from Daar regarding call time. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/15/2022 | Review file regarding next steps. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/23/2023 | Receive and review Status Report filed on the docket. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/29/2023 | Receive and review email from Daar with draft of their proposed scheduling order. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/30/2023 | Receive and review email from Price with attached hearing audio. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/05/2023 | Work on counterclaim Plaintiff's post-judgment discovery. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/05/2023 | Receive and review email from Daar with attached letter regarding rates. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/07/2023 | Receive and review email from Sheils with attached letter regarding proposed scheduling order. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/07/2023 | Receive and review from Sheils with attached Microsoft Word copies of the proposed Orders. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/08/2023 | Email to Sheils attaching discovery that was mailed out. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/08/2023 | Email to Judge Conway with Microsoft Word copy of proposed order. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/03/2023 | Receive and review email with discovery response. Email to Daar regarding conference concerning the same. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/04/2023 | Receive and review email from Daar regarding discovery conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/14/2023 | Email to Daar regarding availability for conference. **Obj. Late & no entitlement** | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/14/2023 | Email to Daar regarding discovery conference availability. **Obj. Late and Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/14/2023 | Receive and review email from Daar with his availability for conference. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/16/2023 | Receive, review, and respond to email from Daar requesting to move our scheduled call. **Obj. Late Excessive & no entitlement** | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/16/2023 | Receive and review email from Daar with new suggested meeting time. **Obj. Late, Excessive & no** | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | | Rate | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| | entitlement | | | | | |
| 08/17/2023 | Discovery conference with Daar. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 09/06/2023 | Begin preparing brief in support of motion to compel. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 09/06/2023 | Draft Brief in Support of Motion to Compel. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 5.40 | 2,241.00 | 0.00 |
| 09/06/2023 | File brief in support of motion to compel. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.20 | 83.00 | -53.00 |
| 09/11/2023 | Review bills and exercise discretion. **Obj. Late Excessive & no entitlement** | CS | 415.00 | 1.60 | 664.00 | 0.00 |
| 09/11/2023 | Work on brief. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 09/12/2023 | Work on brief. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 09/13/2023 | Work on brief. **Obj. Late and Excessive & no entitlement** | CS | 415.00 | 8.90 | 3,693.50 | 0.00 |
| 09/14/2023 | Work on brief. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 09/14/2023 | Attend hearing on Motion to Compel. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 2.30 | 954.50 | 0.00 |
| 09/14/2023 | Work on affidavit. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 1.00 | 415.00 | 0.00 |
| 09/15/2023 | Prepare fee petition. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 09/15/2023 | Proofread everything and final edits. **Obj. Late, Excessive & no entitlement** | CS | 415.00 | 1.30 | 539.50 | 0.00 |

*Sub-total Fees:* 93,048.50 -24,350.50

*Net Fees After Discount:* **68,698.00**

**Expenses**

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 05/19/2016 | Court Reporter. **Obj. Late, Excessive & no entitlement** | 30.00 | 1.00 | 30.00 | 0.00 |
| 06/27/2023 | Fee for audio file. **Obj. Late, Excessive & no entitlement** | 32.00 | 1.00 | 32.00 | 0.00 |
| 02/23/2016 | Fax received from Sheils regarding continuance of hearing. **Obj. Late, Excessive & no entitlement** | 0.50 | 2.00 | 1.00 | 0.00 |
| 06/02/2016 | Mileage round trip to status conference in Wilkes Barre. **Obj. Late, Excessive & no entitlement** | 0.56 | 44.40 | 24.86 | 0.00 |
| 05/14/2019 | Mileage round trip to hearing. **Obj. Late & no entitlement** | 0.56 | 45.00 | 25.20 | 0.00 |
| 08/20/2019 | Mileage round trip to hearing. **Obj. Late & no entitlement** | 0.56 | 5.60 | 3.14 | 0.00 |
| 06/27/2023 | Mileage round trip to hearing. **Obj. Late & no entitlement** | 0.59 | 22.80 | 13.34 | 0.00 |
| 09/14/2023 | Mileage round-trip to hearing. **Obj. Late & no entitlement** | 0.59 | 45.60 | 26.68 | 0.00 |
| | *Sub-total Expenses:* | | | 156.22 | 0.00 |

**Total**

|  |  |
|---|---|
| Net Fees After Discount: | 68,698.00 |
| Net Expenses After Discount: | 156.22 |
| *Total:* | **68,854.22** |