**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **STEVEN RICHARD ALECKNA** | : | |
| **JAIME SUE ALECKNA,** | : | **CASE NO. 5:12-bk-03367-MJC** |
| | : | |
| **Debtors** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **CALIFORNIA COAST UNIVERSITY,** | : | |
| | : | |
| **Counter-Defendant** | : | **ADV. NO.: 5:12-ap-00247-MJC** |
| | : | |
| **vs.** | : | |
| | : | |
| **JAIME SUE ALECKNA,** | : | |
| | : | |
| **Counter-Plaintiff** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**JOINT STIPULATION OF DIMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Counter-Plaintiff Jaime Sue Aleckna, through her attorneys, Sabatini Law Firm, and Counter Defendant California Coast University through its attorneys, Daar & Newman, P.L.C., and Sheils Law Associates, P.C., hereby file this Joint Stipulation of Dismissal with prejudice of the adversary proceeding in its entirety. The parties agree to bear their own costs and expenses.

/s/ Carlo Sabatini
CARLO SABATINI
Sabatini Law Firm
216 N. Blakely Street
Dunmore, PA 185512
(570) 614-4444
Email:carlo@bankrupotcypa.com

ATTORNEY FOR JAIME SUE ALECKNA

**(Signatures continued, next page)**

/s/ Jeffery J. Daar
JEFFERY J. DAAR
Daar & Newman, PLC
16133 Ventura Blvd.
Penthouse
Encino, California 91436
(818) 615-0999
(818) 615-1066- Facsimile
Email:jdaar@daarnewman.com

/s/ Robert P. Sheils, III
ROBERT P. SHEILS, III
Supreme Court ID: 91108
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600
(570) 585-0313 – Facsimile
Email: rsheilsIII@sheilslaw.com

ATTORNEYS FOR CALIFORNIA COAST UNIVERSITY